[No. 10517-2-III.  Division Three.  February 27, 1992.]

*In the Matter of the Welfare of* J.P.

JUDY E., *Appellant,* v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-7-00172-4, Robert D. Austin, J., entered December 12, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Green, J. Pro Tem.

[No. 11307-8-III.  Division Three.  February 27, 1992.]

THE CITY OF SPOKANE, *Respondent,* v. MAURICE H.
OLSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90-2-03937-9, Thomas E. Merryman, J., entered December 11, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson, J., and Green, J. Pro Tem.

[No. 11051-6-III.  Division Three.  February 27, 1992.]

JIM BLOOM, ET AL, *Respondents,* v. TERRY MCDONALD,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-2-03711-2, Willard A. Zellmer, J. Pro Tem., entered August 10, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Shields, C.J., concurred in by Thompson, J., and Green, J. Pro Tem.